443 F.2d 915
 Bessie THURMAN et al., Plaintiffs-Appellants,
v.
HUMPHREY'S COUNTY SCHOOL DISTRICT et al., Defendants-Appellees.
 No. 30530.
 United States Court of Appeals, Fifth Circuit.
 June 16, 1971.
 
 John McCreery, Greenwood, Miss., John Brittain, Jr., James A. Lewis, Oxford, Miss., for plaintiffs-appellants.
 Hardy Lott, Greenwood, Miss., James T. Bridges, Belzoni, Miss., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Mississippi; Orma R. Smith, District Judge.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966